| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| UZZI O. RAANAN (State Bar No. 162747)<br>uraanan@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☒ *Movant(s) appearing without attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>VOIP GUARDIAN PARTNERS I LLC,<br><br>Debtor(s) | CASE NO.: 2:19-bk-12607-BR<br>CHAPTER: 7<br><br>ADV. NO. 2:21-ap-01044-BR |
|---|---|
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff,<br>vs.<br><br>VOIP GUARDIAN LLC, a Delaware limited liability company; et al.,<br><br>Respondents. | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** 9/13/2024 Movant(s) filed a motion entitled: MOTION OF DANNING, GILL, ISRAEL & KRASNOFF, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS & CONTRACTS, INC.

3. A copy of the motion and notice of motion is attached hereto.

4. On 9/13/2024, Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than  17  days have passed since Movant(s) served the notice of motion.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.NO.REQUEST.HEARING.DEC**
1778380.1  27058

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 1, 2024

_____
Signature

Uzzi O. Raanan
Printed name

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2016                                   Page 2    F 9013-1.2.NO.REQUEST.HEARING.DEC
1778371.1  27058

UZZI O. RAANAN (State Bar No. 162747)
uraanan@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Respondents Rodney Omanoff,
VoIP Guardian LLC, Richard Omanoff.
Omanoff America LLC, Omanoff America
Telecom LLC, Owl America. Inc. and
Contacts & Contracts. Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VOIP GUARDIAN PARTNERS I LLC,<br><br>    Debtor. | Case No. 2:19-bk-12607-BR<br><br>Chapter 7 |
| TIMOTHY YOO. Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>VOIP GUARDIAN LLC. a Delaware limited liability company: et al.<br><br>    Respondents. | Adv. No. 2:21-ap-01044-BR<br><br>**NOTICE OF MOTION AND MOTION OF DANNING, GILL, ISRAEL & KRASNOFF, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS & CONTRACTS, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF UZZI O. RAANAN IN SUPPORT THEREOF; AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF**<br><br>[No Hearing or Opportunity to Object Required Per LBR 9013-1(p)] |

1777705.1  27058

1

**TABLE OF CONTENTS**

Page

MEMORANDUM OF POINTS AND AUTHORITIES ................................................................4

I.  INTRODUCTION ...........................................................................................................4

II.  BACKGROUND FACTS................................................................................................4

III.  DANNING GILL SHOULD BE AUTHORIZED TO WITHDRAW AS COUNSEL............5

IV.  CONCLUSION................................................................................................................7

DECLARATION OF UZZI O. RAANAN.......................................................................................8

REQUEST FOR JUDICIAL NOTICE .........................................................................................10

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rules 2091-1(a) and 9013-1(p), Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"), counsel of record in the above-entitled adversary action (the "Adversary Action") for Defendants Rodney Omanoff, VoIP Guardian LLC, Richard Omanoff, Omanoff America LLC, Omanoff America Telecom LLC, Owl America, Inc., and Contacts & Contracts, Inc. (collectively, the "Defendants"), hereby moves (the "Motion") for an order authorizing Danning Gill to withdraw as counsel in the Adversary Action.

### **NOTICE TO THE DEFENDANTS**

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this case, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose any proceedings brought against you.**

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

**If you are a legal entity, including a limited liability company (LLC) and corporation, once your attorney has withdrawn you will be unable to appear in the Adversary Action through anyone other than another attorney. The inability to appear without counsel could potentially result in the striking of the Answer you filed in this Adversary Action and the entry of a default judgment against you.**

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, a Request for Judicial Notice, and the Declaration of Uzzi O. Raanan, attached hereto, the papers and pleadings on file in this case, and such other evidence as may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 9013-1(p), this Motion may be determined by the Court without a hearing after notice provided in Rule 2091-1.  Rule 2091-1(c)(2) requires that notice be given to the United States Trustee, the Debtor, and each party that has been named or that has appeared in this proceeding.  Danning Gill has complied with this rule.[1]

DATED:  September 13, 2024         DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:      /s/ Uzzi O. Raanan
UZZI O. RAANAN
Attorneys for RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS & CONTRACTS, INC.

---

[1] LBR 9013-1 allows for motions to be determined at a hearing, often self-calendared by the moving party.  LBR 9013-1(o) offers an alternative procedure, allowing most matters that may be set for hearing to be determined upon notice of opportunity to request a hearing.  LBR 9013-1(p) offers another alternative procedure for fifteen types of motions – including motions for leave to withdraw as counsel – which may be determined without a hearing on the condition that notice be given by the moving party in accordance with rules applicable to such motions.

1777705.1  27058                                   3

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Danning Gill seeks an Order authorizing it to withdraw as counsel for the Defendants in this Adversary Action.

Danning Gill has represented the Defendants in the Adversary Action since August 2022. On or about November 10, 2023, the Defendants entered into a Settlement Agreement (the "Settlement Agreement") with the Trustee/Plaintiff in the Adversary Action. The Settlement Agreement contains various terms, including payment by Defendants of $3,000,000 (the "Settlement Amount") to the Trustee and the latter's agreement to dismiss the Defendants from the Adversary Action with prejudice, among others. The Defendants paid the Settlement Amount to the Trustee at the time the Settlement Agreement was executed.

On January 11, 2024, this Court granted the Trustee's rule 9019 motion (the "9019 Motion"), which sought approval of the Settlement Agreement. A number of non-settling defendants in the Adversary Action appealed the Order (the "9019 Order") granting the 9019 Motion to the Bankruptcy Appellate Panel ("BAP"), which affirmed the 9019 Order on July 24, 2024. The 9019 Order became final on August 23, 2024, triggering the Trustee's obligation to dismiss the Defendants from the Adversary Action with prejudice.

The Trustee has yet to dismiss the Defendants from the Adversary Action. Rather, it seeks to depose Defendant Rodney Omanoff in his role as a party in the Adversary Action.

Danning Gill brings this Motion because a breakdown has occurred in the attorney-client relationship with the Defendants.

## II.

## BACKGROUND FACTS

The Trustee commenced the Adversary Action on March 10, 2021. (Request for Judicial Notice, at ¶ "2".) On August 1, 2022, Defendants filed their Answer (the "Answer")

1 to the Chapter 7 Trustee's Corrected Second Amended Complaint (the "Adversary

2 Complaint").  (Request for Judicial Notice, at ¶ "3".)

3     Following multiple discussions, a failed mediation, and an exchange of documents,

4 on or about November 10, 2023, Defendants and the Trustee executed the Settlement

5 Agreement.  On November 28, 2023, the Trustee filed a motion under Federal Rule of

6 Bankruptcy Procedure ("FRBP") 9019, seeking Court approval of the Settlement Agreement.

7 (Request for Judicial Notice, at ¶ "5".)  On January 11, 2024, the Court issued the 9019

8 Order granting the 9019 Motion.  (Request for Judicial Notice, at ¶ "6".)

9     Subsequently, a number of non-settling Adversary Action defendants appealed the

10 9019 Order to the BAP, which affirmed this Court's order on July 24, 2024.  (Request for

11 Judicial Notice, at ¶ "7".)  The 9019 Order became final (non-appealable) on August 23,

12 2024, e.g., 30 days after the BAP issued its Judgment.  Fed. Rules of App. Proc. 4(a)(1).

13     The Settlement Agreement requires the Trustee to dismiss the Defendants from the

14 Adversary Action as follows:

15 > The Trustee shall dismiss the Omanoff Parties with prejudice from the
> Adversary Proceedings upon the **later of** the execution of the Agreement,
16 > receipt of the Omanoff Settlement Amount, **or** the **entry of a final, non-**
17 > **appealable Rule 9019 order approving the Agreement**. . . .

18 (Request for Judicial Notice, at ¶ "8," emphasis added.)

19     To date, the Trustee has not dismissed the Defendants from the Adversary Action.

20 (Request for Judicial Notice, at ¶ "9".)  Rather, the Trustee seeks to depose Defendant

21 Omanoff as a party in this action.  (Declaration of Uzzi O. Raanan, at ¶ "8.)

22

23 <center>**III.**</center>

24 <center><u>**DANNING GILL SHOULD BE AUTHORIZED TO WITHDRAW AS COUNSEL**</u></center>

25     Under Local Bankruptcy Rule 2091-1, a motion to withdraw as counsel is required

26 for:

27 > (1) Withdrawal without Substitution. An attorney who has appeared on
> behalf of an entity or individual in any matter concerning the
28

administration of the case, in one or more proceedings to withdraw as counsel;

(2) Substitution of Self-Represented Individual. An individual who is currently represented by an attorney in any matter concerning the administration of the case, in one or more proceedings, who now desires to represent himself/herself without an attorney. . . .

LBR 2019-1(a)(1) and (2).

Counsel seeking to withdraw must comply with the following notice requirements,

(2) Proceedings. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity only in one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to the debtor, each party who has been named or who has appeared in such proceeding(s), and the United States trustee.

LBR 2091-1(c)(2).

Finally, LBR 2019-1(d) states as follows:

(d) Corporation, Partnership, Unincorporated Association, or Trust.  An attorney moving for leave to withdraw from representation of a corporation, a partnership including a limited liability partnership, a limited liability company, or any other unincorporated association, or a trust, concurrently or prior to filing any such motion, must give notice to the client of the consequences of its inability to appear without counsel, including the possibility that a default judgment may be entered against it in pending proceedings; or, if the client is a chapter 11 debtor, that the case may be converted to chapter 7, a trustee may be appointed, or the case may be dismissed.

LBR 2019-1(d).

Under California law, an attorney may withdraw from representing a client,

[if] the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation.

Cal. R. Prof. Cond. 1.16(b)(5).

An attorney who withdraws from representing a client may not terminate a representation until the lawyer has taken reasonable steps to avoid reasonably foreseeable

17777705.1  27058                               6

prejudice to the rights of the client.  Cal. R. Prof. Cond. 1.16(d).  Danning Gill has complied with its ethical obligations in this regard, as well as the notice requirements of LBR 2091-1.

As noted above, under the Settlement Agreement approved by this Court the Trustee is required to dismiss the Defendants with prejudice.  Moreover, there are no pending motions affecting the Defendants.  (Declaration of Uzzi O. Raanan, at ¶ "6".)

A breakdown has occurred in the attorney-client relationship between Danning Gill and the Defendants, such that Danning Gill is unable to further proceed as counsel for the Defendants.  (Declaration of Uzzi O. Raanan, at ¶ "7".)  This breakdown is the reason for the present Motion.

### IV.
### CONCLUSION

For the foregoing reasons, Danning Gill requests that the Court enter an order authorizing the firm to withdraw as Defendants' counsel effective immediately upon entry of the Court's Order.  Danning Gill also requests such further relief as the Court deems just and proper.

DATED:  September 13, 2024             DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:   /s/ Uzzi O. Raanan
UZZI O. RAANAN
Attorneys for RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS & CONTRACTS, INC.

1777705.1  27058                                    7

# DECLARATION OF UZZI O. RAANAN

I, Uzzi O. Raanan, declare and state as follows:

1. I am an attorney licensed to practice law in the state of California. I am the principal of a professional corporation that is a partner in Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill").

2. I have personal knowledge of each of the facts herein, except those set forth on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would testify competently with respect to such facts.

3. Danning Gill was retained to represent Defendants Rodney Omanoff, VoIP Guardian LLC, Richard Omanoff, Omanoff America LLC, Omanoff America Telecom LLC, Owl America, Inc., and Contacts & Contracts, Inc. (collectively, the "Defendants") with regard to this Adversary Action.

4. The Defendants have paid the Trustee $3,000,000 (the "Settlement Amount"), as required in the Settlement Agreement.

5. Danning Gill has taken reasonable steps to avoid reasonably foreseeable prejudice to the Defendants' rights as a result of its withdrawal as counsel. Among other things, at present, there is no motion or other proceeding involving the Defendants pending before the Court. Danning Gill has further advised the Defendants to retain alternate counsel to represent them going forward, and the fact that legal entities may not appear in court without counsel.

6. A breakdown has occurred in the attorney-client relationship between Danning Gill and the Defendants, such that Danning Gill is unable to further proceed as counsel for the Defendants.

1777705.1  27058

8

7. The Trustee seeks to depose Defendant Omanoff in his role as a party in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2024, at Los Angeles, California.

                                                UZZI O. RAANAN

1777705.1 27058

9

## REQUEST FOR JUDICIAL NOTICE

Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"), requests that the Court take judicial notice of the following:

1. Danning Gill has appeared in this case on behalf of Rodney Omanoff, VoIP Guardian LLC, Richard Omanoff, Omanoff America LLC, Omanoff America Telecom LLC, Owl America, Inc., and Contacts & Contracts, Inc. (collectively, the "Defendants").

2. The Trustee commenced the above-entitled Adversary Action on March 10, 2021. (*Adversary Docket No.* 1.)

3. On August 1, 2022, Defendants filed their Answer (the "Answer") to the Chapter 7 Trustee's Corrected Second Amended Complaint (the "Adversary Complaint"). (*Adversary Docket No.* 271.)

4. Following multiple discussions, a failed mediation, and an exchange of discovery, on or about November 10, 2023, Defendants and the Trustee executed the Settlement Agreement. (*Case Docket No.* 190.)

5. On November 28, 2023, the Trustee filed a motion under Federal Rule of Bankruptcy Procedure ("FRBP") 9019, seeking Court approval of the Settlement Agreement. (*Case Docket No.* 190.)

6. On January 11, 2024, the Court issued the 9019 Order, granting the 9019 Motion. (*Case Docket No.* 211.)

7. A number of non-settling Adversary Action defendants appealed the 9019 Order to the BAP, which affirmed this Court's order on July 24, 2024. (*Case Docket Nos.* 263-264.)

8. The Settlement Agreement requires the Trustee to dismiss Defendants from the Adversary Action as follows:

> The Trustee shall dismiss the Omanoff Parties with prejudice from the Adversary Proceedings upon the **later of** the execution of the Agreement, receipt of the Omanoff Settlement Amount, **or** the **entry of a final, non-appealable Rule 9019 order approving the Agreement**. . . .

(9019 Motion, at p. 23 of 59, *Case Docket No.* 190, emphasis added.)

1777705.1  27058                                             10

9. To date, the Trustee has not dismissed the Defendants from the Adversary Action.

DATED: September 13, 2024         DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____/s/ Uzzi O. Raanan_____
UZZI O. RAANAN
Attorneys for RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS & CONTRACTS, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF MOTION AND MOTION OF DANNING, GILL, ISRAEL & KRASNOFF, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS RODNEY OMANOFF, VOIP GUARDIAN LLC, RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM LLC, OWL AMERICA, INC., AND CONTACTS AND CONTRACTS, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF UZZI O. RAANAN IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On September 13, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, in pro se
VoIP Guardian Partners I, LLC
1221 Ocean Avenue
Unit 507
Santa Monica, CA 90401

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2024 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Jessica L Bagdanov on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee    jbagdanov@bg.law, ecf@bg.law

Jessica L Bagdanov on behalf of Trustee Timothy Yoo (TR)    jbagdanov@bg.law, ecf@bg.law

Michael F Chekian on behalf of Defendant Philipson International LLC, a Delaware limited liability company
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Defendant Adela Philipson    mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Defendant John O Philipson    mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Cynthia M Cohen on behalf of Defendant Rodney Omanoff    ccohen@brownwhitelaw.com

Leslie A Cohen on behalf of Defendant Phonetime Inc.
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Defendant Contacts & Contracts, Inc., a Delaware corporation
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant Omanoff America LLC, a Delaware limited liability company
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant Omanoff America Telecom, LLC, a Delaware limited liability company
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant Owl America, Inc., a Delaware corporation
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant VoIP Guardian LLC, a Delaware limited liability company
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant Richard Omanoff
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Defendant Rodney Omanoff
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Michael I. Gottfried on behalf of Defendant DealDefenders LLC, a Delaware limited liability company
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Steven T Gubner on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee    sgubner@bg.law, ecf@bg.law

Steven T Gubner on behalf of Trustee Timothy Yoo (TR)    sgubner@bg.law, ecf@bg.law

Jason B Komorsky on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee    ecf@bg.law, jkomorsky@bg.law

Steven N Kurtz on behalf of Defendant GO2Tel.Com, Inc.
skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Olaf J Muller on behalf of Defendant Contacts & Contracts, Inc., a Delaware corporation    olaf@olafmullerlaw.com

Olaf J Muller on behalf of Defendant Omanoff America LLC, a Delaware limited liability company
olaf@olafmullerlaw.com

Olaf J Muller on behalf of Defendant Omanoff America Telecom, LLC, a Delaware limited liability company
olaf@olafmullerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Olaf J Muller on behalf of Defendant Owl America, Inc., a Delaware corporation    olaf@olafmullerlaw.com

Olaf J Muller on behalf of Defendant Richard Omanoff    olaf@olafmullerlaw.com

Aram Ordubegian on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee    ordubegian.aram@arentfox.com

Uzzi O Raanan, ESQ on behalf of Defendant Contacts & Contracts, Inc., a Delaware corporation
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant Omanoff America LLC, a Delaware limited liability company
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant Omanoff America Telecom, LLC, a Delaware limited liability company
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant Owl America, Inc., a Delaware corporation
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant VoIP Guardian LLC, a Delaware limited liability company
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant Richard Omanoff
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant Rodney Omanoff
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

David J Richardson on behalf of Defendant 2365 Azure LLC, a Florida limited liability company
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Mudmonth, LLC, a Nevada limited liability company
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Overseas Charters Inc.
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant TEE Telecommunications Inc., a New Jersey corporation
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Zoom Telecom, Inc., a Nevada corporation
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Joseph Rahman
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Mark Proto    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Defendant Tarek Katit    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Scott H Siegel on behalf of Defendant GO2Tel.Com, Inc.    ssiegel@laklawyers.com, smcfadden@laklawyers.com

Annie Y Stoops on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee
annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Jessica Wellington on behalf of Plaintiff Timothy Yoo, Chapter 7 Trustee    jwellington@bg.law, ecf@bg.law

Timothy Yoo (TR)    tjytrustee@lnbyg.com, tjy@trustesolutions.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Roye Zur on behalf of Counter-Claimant DealDefenders LLC
rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur on behalf of Defendant DealDefenders LLC, a Delaware limited liability company
rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 1, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 1, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2024 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
1778436.1  27058

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   - **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
   - **Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **Cynthia M Cohen**   ccohen@brownwhitelaw.com
   - **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
   - **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
   - **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
   - **Jason B Komorsky**   ecf@bg.law, jkomorsky@bg.law
   - **Steven N Kurtz**   skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
   - **Olaf J Muller**   olaf@olafmullerlaw.com
   - **Aram Ordubegian**   ordubegian.aram@arentfox.com
   - **Uzzi O Raanan**   uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
   - **David J Richardson**   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
   - **Scott H Siegel**   ssiegel@laklawyers.com, smcfadden@laklawyers.com
   - **Annie Y Stoops**   annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
   - **Jessica Wellington**   jwellington@bg.law, ecf@bg.law
   - **Timothy Yoo (TR)**   tjytrustee@lnbyg.com, tjy@trustesolutions.net
   - **Roye Zur**   rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

2. **SERVED BY U.S. MAIL**

| | |
|---|---|
| Debtor – PRO SE<br>VoIP Guardian Partners I, LLC<br>1221 Ocean Avenue<br>Unit 507<br>Santa Monica, CA 90401 | The Honorable Barry Russell<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
1778436.1  27058