Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
COREY R. WEBER – Bar No. 205912
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
cweber@bg.law
jbagdanov@bg.law

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for*: Timothy Yoo, Chapter 7 Trustee

FOR COURT USE ONLY

FILED & ENTERED
SEP 30 2025
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

In re:

VOIP GUARDIAN PARTNERS I, LLC,

Debtor(s)

TIMOTHY YOO, Chapter 7 Trustee,

Plaintiff(s)

vs.

VOIP GUARDIAN LLC, et al.,

Defendant(s)

CASE NO.: 2:19-bk-12607-BR
CHAPTER: 7
ADVERSARY NO: 2:21-ap-01044-BR

# STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)

DATE: 9/16/2025
TIME: 10:00 a.m.
COURTROOM: 1668
ADDRESS:
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street
Los Angeles, CA 90012

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further status conference: (*date*) __________ (*time*) __________
   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: __________
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: __________
   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: __________
   e. ☐ The last date for pre-trial motions to be heard is (*date*): __________

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: __________

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) November 18, 2025 (*time*) _______

☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for (*date*) December 2, 2025 (*time*) 10:00 am

☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for (*date*) __________ (*time*) _______

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*):

**LBR 7016-1(b) is modified as follows based on the agreement of the parties, as stated on the record at the status conference:**

- **Parties are to meet and confer regarding the joint pretrial stipulation on October 24, 2025, unless otherwise agreed to by counsel for the parties.**
- **Plaintiff to send a signed draft pretrial stipulation to Defendants by November 4, 2025.**
- **Defendants are to complete the joint pretrial stipulation or notify Plaintiff as to disagreement over the form of the pretrial stipulation and comply with LBR 7016-1(b)(2) by November 13, 2025.**

###

Date: September 30, 2025

Barry Russell
United States Bankruptcy Judge