**BAKER & HOSTETLER LLP**
David J. Richardson (SBN168592)
(drichardson@bakerlaw.com)
Lauren Attard (SBN 320898)
(lattard@bakerlaw.com)
Jack Koehn (SBN 358542)
(jkoehn@bakerlaw.com)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

and

Jorian L. Rose (*pro hac vice*)
(jrose@bakerlaw.com)
45 Rockefeller Plaza
New York, NY 90025-0509
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Counsel for Mark Proto, Youssef Rahman aka Joe Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC and Overseas Charters Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| VOIP GUARDIAN PARTNERS I, LLC,<br><br>Debtor. | Case No.: 2:19-bk-12607-BR<br><br>Chapter 7 |
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOIP GUARDIAN LLC, *et al.*,<br><br>Defendants. | Adv. No. 21-ap-01044-BR<br><br>**[PROPOSED] JUDGMENT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: TBD |

This Court, having heard the amended motion [Dkt. ___] (the "Motion") filed by defendants Mark Proto, Youssef "Joseph" Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC, and Overseas Charters, Inc. (collectively, the "Defendants") for summary judgment on all claims asserted against each of them in the *Second Amended Complaint for: 1. Breach of Fiduciary Duty; 2. Aiding and Abetting Breach of Fiduciary Duty; 3. Avoidance of 2-Year Fraudulent Transfers (Actual Intent); 4. Avoidance of 2-Year Fraudulent Transfers (Constructive Fraud); 5. Avoidance of 4-Year Fraudulent Transfers (Actual Intent); 6. Avoidance of 4-Year Fraudulent Transfers (Constructive Fraud); 7. Avoidance of Preferential Transfers; 8. Avoidance of Postpetition Transfers; 9. Recovery of Avoided Transfers; 10. Breach of Contract; 11. Unjust Enrichment; and 12. Claim Disallowance* (the "Complaint"), filed by chapter 7 trustee Timothy Yoo (the "Trustee") in the above-captioned adversary proceeding, having considered the evidence and the arguments of counsel for Defendants and the Trustee in their respective briefs and at oral argument, for the reasons stated on the record and herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. The Trustee's Avoidance Claims (as that term is defined in the Motion) fail as a matter of law on the grounds that the challenged transfers did not pertain to an interest of the debtor in property, nor asset of the prepetition debtor, as the transferred funds were fully encumbered by a creditor's perfected security interest, and as VoIP Guardian Partners I, LLC (the "Debtor") was a mere conduit in each transfer, and the Debtor could not use any of the transferred funds to pay its creditors.
2. The Trustee's Avoidance Claims fail as a matter of law on the grounds that the Trustee cannot present evidence that shows that any funds paid from the Debtor's accounts, intended as payment to the Debtor's factoring clients, were diverted instead to any of the Defendants.
3. The Trustee cannot demonstrate that the Debtor was a Ponzi scheme, or otherwise benefit from any presumptions that arise from a designation of a debtor as a "Ponzi" scheme, as the evidence does not support the requirements for determining that a debtor

operated as a "Ponzi" scheme, and therefore the Trustee cannot obtain or benefit from any "Ponzi" presumption.

4. The Trustee's Section 549 Claim (as that term is defined in the Motion) fails as a matter of law as the evidence shows that the transfers sought for avoidance were not transfers of funds belonging to the Debtor's estate.

5. The Trustee's Fiduciary Duty Claims (as that term is defined in the Motion) fail as a matter of law as the Debtor lacks any compensable injury arising from the alleged breaches of duty and the resulting loss of a secured creditor's funds.

6. The Trustee's Avoidance Claims, Section 549 Claim, and Fiduciary Duty Claims fail as a matter of law and are dismissed with prejudice.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067

A true and correct copy of the foregoing document(s) entitled (*specify*):

- **AMENDED MOTION FOR SUMMARY JUDGMENT; STATEMENT OF UNCONTROVERTED FACTS; PROPOSED JUDGMENT; DECLARATION OF DAVID J. RICHARDSON**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jonathan Feldman – feldman@katiephang.com
Jessica Bagdanov – jbagdanov@bg.law
Jason Komorsky – jkomorsky@bg.law
Jessica Wellington – jwellington@bg.law
Corey Weber – cweber@bg.law

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ________________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 8, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

John Philipson - john@philipsonintl.com (by email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 8, 2025 | David J. Richardson | */s/ David J. Richardson* |
| *Date* | *Printed Name* | *Signature* |