**BAKER & HOSTETLER LLP**
David J. Richardson (SBN168592)
(drichardson@bakerlaw.com)
Lauren Attard (SBN 320898)
(lattard@bakerlaw.com)
Jack Koehn (SBN 358542)
(jkoehn@bakerlaw.com)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

and

Jorian L. Rose (*pro hac vice*)
(jrose@bakerlaw.com)
45 Rockefeller Plaza
New York, NY 90025-0509
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Counsel for Mark Proto, Youssef Rahman aka Joe Rahman, and Zoom Telecom, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| VOIP GUARDIAN PARTNERS I, LLC,<br><br>Debtor. | Case No.: 2:19-bk-12607-BR<br><br>Chapter 7 |
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOIP GUARDIAN LLC, *et al*.,<br><br>Defendants. | Adv. No. 21-ap-01044-BR<br><br>**[PROPOSED] JUDGMENT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: TBD |

This Court, having heard the motion [Dkt. ___] (the "Motion") filed by defendants Mark Proto, Youssef "Joseph" Rahman, and Zoom Telecom, Inc. (collectively, the "Defendants") for partial summary judgment on the First Claim for Relief (the "Fiduciary Duty Claim") and Second Claims for Relief (the "Aiding and Abetting Claim") asserted against them in the *Second Amended Complaint for: 1. Breach of Fiduciary Duty; 2. Aiding and Abetting Breach of Fiduciary Duty; 3. Avoidance of 2-Year Fraudulent Transfers (Actual Intent); 4. Avoidance of 2-Year Fraudulent Transfers (Constructive Fraud); 5. Avoidance of 4-Year Fraudulent Transfers (Actual Intent); 6. Avoidance of 4-Year Fraudulent Transfers (Constructive Fraud); 7. Avoidance of Preferential Transfers; 8. Avoidance of Postpetition Transfers; 9. Recovery of Avoided Transfers; 10. Breach of Contract; 11. Unjust Enrichment; and 12. Claim Disallowance* (the "Complaint"), filed by chapter 7 trustee Timothy Yoo (the "Trustee") in the above-captioned adversary proceeding, having considered the evidence and the arguments of counsel for Defendants and the Trustee in their respective briefs and at oral argument, for the reasons stated on the record and herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. The Trustee's Fiduciary Duty Claim fails as a matter of law as uncontroverted evidence demonstrates that Youssef Rahman and Mark Proto did not owe the Debtor a fiduciary duty.
2. The Trustee's Aiding and Abetting Claim fails as a matter of law as the *in pari delicto* defense bars the Trustee's claim.

# # #