**BAKER & HOSTETLER LLP**
David J. Richardson (SBN168592)
(drichardson@bakerlaw.com)
Lauren Attard (SBN 320898)
(lattard@bakerlaw.com)
Jack Koehn (SBN 358542)
(jkoehn@bakerlaw.com)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

and

Jorian L. Rose (*pro hac vice*)
(jrose@bakerlaw.com)
45 Rockefeller Plaza
New York, NY 90025-0509
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Counsel for Mark Proto, Youssef Rahman aka Joe Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC and Overseas Charters Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| VOIP GUARDIAN PARTNERS I, LLC,<br><br>Debtor. | Case No.: 2:19-bk-12607-BR<br><br>Chapter 7 |
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOIP GUARDIAN LLC, *et al*.,<br><br>Defendants. | Adv. No. 21-ap-01044-BR<br><br>**[PROPOSED] JUDGMENT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: TBD |

This Court, having heard the motion [Dkt. ___] (the "Motion") filed by defendants Mark Proto, Youssef "Joseph" Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC, and Overseas Charters, Inc. (collectively, the "Defendants") for summary judgment on all claims asserted against each of them in the *Second Amended Complaint for: 1. Breach of Fiduciary Duty; 2. Aiding and Abetting Breach of Fiduciary Duty; 3. Avoidance of 2-Year Fraudulent Transfers (Actual Intent); 4. Avoidance of 2-Year Fraudulent Transfers (Constructive Fraud); 5. Avoidance of 4-Year Fraudulent Transfers (Actual Intent); 6. Avoidance of 4-Year Fraudulent Transfers (Constructive Fraud); 7. Avoidance of Preferential Transfers; 8. Avoidance of Postpetition Transfers; 9. Recovery of Avoided Transfers; 10. Breach of Contract; 11. Unjust Enrichment; and 12. Claim Disallowance* (the "Complaint"), filed by chapter 7 trustee Timothy Yoo (the "Trustee") in the above-captioned adversary proceeding, having considered the evidence and the arguments of counsel for Defendants and the Trustee in their respective briefs and at oral argument, for the reasons stated on the record and herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. The Trustee's Avoidance Claims (as that term is defined in the Motion) fail as a matter of law on the grounds that any further recovery of avoided transfers by the Trustee would not be for the benefit of the estate or its non-equity unsecured creditors pursuant to 11 U.S.C. § 550(a) and Cal. Civ. Code § 3439.08(b)(1).
2. The Trustee's Fiduciary Duty Claims (as that term is defined in the Motion) fail as a matter of law on the grounds that any further litigation of such claims or recovery of damages would not benefit the estate or its non-equity unsecured creditors.
3. The Trustee's Avoidance Claims, Section 549 Claim, and Fiduciary Duty Claims fail as a matter of law and are dismissed with prejudice.

# # #