**BAKER & HOSTETLER LLP**
David J. Richardson (SBN168592)
(drichardson@bakerlaw.com)
Lauren Attard (SBN 320898)
(lattard@bakerlaw.com)
Jack Koehn (SBN 358542)
(jkoehn@bakerlaw.com)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

and

Jorian L. Rose (*pro hac vice*)
(jrose@bakerlaw.com)
45 Rockefeller Plaza
New York, NY 90025-0509
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Counsel for Mark Proto, Youssef Rahman aka Joe Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC and Overseas Charters Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| VOIP GUARDIAN PARTNERS I, LLC,<br><br>Debtor. | Case No.: 2:19-bk-12607-BR<br><br>Chapter 7 |
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOIP GUARDIAN LLC, *et al.*,<br><br>Defendants. | Adv. No. 21-ap-01044-BR<br><br>**[PROPOSED] JUDGMENT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: TBD |

This Court, having heard the motion [Dkt. ___] (the "Motion") filed by defendants Mark Proto, Youssef "Joseph" Rahman, Tarek Katit, Mudmonth, LLC, Zoom Telecom, Inc., Tee Telecommunications Inc., 2365 Azure LLC, and Overseas Charters, Inc. (collectively, the "Defendants") for summary judgment on the Third, Fourth, Fifth and Sixth Claims for Relief asserted against each of them in the *Second Amended Complaint for: 1. Breach of Fiduciary Duty; 2. Aiding and Abetting Breach of Fiduciary Duty; 3. Avoidance of 2-Year Fraudulent Transfers (Actual Intent); 4. Avoidance of 2-Year Fraudulent Transfers (Constructive Fraud); 5. Avoidance of 4-Year Fraudulent Transfers (Actual Intent); 6. Avoidance of 4-Year Fraudulent Transfers (Constructive Fraud); 7. Avoidance of Preferential Transfers; 8. Avoidance of Postpetition Transfers; 9. Recovery of Avoided Transfers; 10. Breach of Contract; 11. Unjust Enrichment; and 12. Claim Disallowance* (the "Complaint"), filed by chapter 7 trustee Timothy Yoo (the "Trustee") in the above-captioned adversary proceeding, having considered the evidence and the arguments of counsel for Defendants and the Trustee in their respective briefs and at oral argument, for the reasons stated on the record and herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. The Trustee's Fourth Claim for Relief fails as a matter of law pursuant to 11 U.S.C. § 548(a)(1)(B) on the grounds that the Debtor did not receive less than reasonably equivalent value for any of the transfers sought for avoidance by the Trustee.
2. The Trustee's Sixth Claim for Relief fails as a matter of law pursuant to 11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(2) on the grounds that the transfers sought for avoidance by the Trustee were not made without the Debtor receiving a reasonably equivalent value in exchange for the transfer.
3. The Trustee is estopped from arguing that the Debtor did not receive reasonably equivalent value in connection with his Third and Fifth Claims for Relief and any assertion that such a badge of fraud can be shown.

# # #