FILED
APR 09 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VOIP GUARDIAN PARTNERS I, LLC.,<br><br>Debtor(s), | Case No.: 2:19-bk-12607-BR<br><br>Chapter: 7<br><br>Adversary No.: 2:21-ap-01044-BR<br><br>**NOTICE OF STATUS CONFERENCE**<br>[DOC 480] |
| TIMOTHY YOO, Chapter 7 Trustee,<br><br>Plaintiff(s),<br><br>Vs.<br><br>VOIP GUARDIAN LLC., a Delaware limited liability company; et al.,<br><br>Defendant(s). | Date: JUNE 30, 2026<br>Time: 10:00 A.M.<br>Location: 1668<br>EDWARD ROYBAL BULDING<br>255 E TEMPLE STREET<br>LOS ANGELES, CA 90012 |

**NOTICE OF HEARING** of a status conference on the adversary proceeding is set for June 30, 2026 at 10:00 a.m. in courtroom 1668, Edward Roybal Building 255 E Temple Street, Los Angeles, CA 90012.

(JOINT) Status report is due no later than June 16, 2026. Jessica S. Wellington, special litigation counsel for chapter 7 trustee, must serve this notice on all interested parties and file a proof of service with the court.

DATE: 4/9/2026

DEPUTY CLERK